## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| Pepper Creek Outsiders, LLC, | : | Case No. 09-13292(CSS) |
| Debtor. | : | |

## ORDER DISMISSING CHAPTER 11 CASE

WHEREAS, a Chapter 11 petition was filed by Pepper Creek Outsiders, LLC on September 24, 2009;

WHEREAS, the Chapter 11 petition was not signed by counsel but, rather, was only signed by a representative of the debtor; and

WHEREAS, Rule 1002-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware provides that "[a]ny petitioner other than an individual shall be represented by counsel" (emphasis added).

THEREFORE IT IS HEREBY ORDERED that this Chapter 11 case is dismissed.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: September 24, 2009